```
 1  Malcolm D. Schick, Esq. - State Bar No. 118978
    Gregory A. Feldman, Esq. - State Bar No. 295977
 2  G&P|SCHICK, A Professional Corporation
    3170 Fourth Avenue, Suite 400
 3  San Diego, California  92103-5850
    Tel: (619) 718-9790; Fax: (619) 718-9797
 4
 5  Attorneys for Defendant,
    MILGARD MANUFACTURING
 6  INCORPORATED  dba MILGARD WINDOWS
    AND DOORS
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROCK MATHIS and MICHELLE MATHIS,<br><br>     Plaintiffs,<br><br>v.<br><br>MILGARD MANUFACTURING, INC. dba MILGARD WINDOWS AND DOORS; and DOES 1 through 20 inclusive,<br><br>     Defendants. | Case No.: **'16CV2914 BEN JLB**<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that defendant, MILGARD MANUFACTURING INCORPORATED dba MILGARD WINDOWS AND DOORS (hereinafter "MILGARD MANUFACTURING") hereby removes to this Court the state court action described below.

**The Action.**

1. On October 11, 2016, an action was commenced in the Superior Court of the State of California in and for the County of San Diego, entitled BROCK MATHIS and MICHELLE MATHIS, plaintiffs, vs. MILGARD MANUFACTURING, INC. dba MILGARD WINDOWS AND DOORS,

- 1 -
**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)**

1 defendant, and DOES 1 to 20, inclusive, as case number 37-2016-
2 00035335-CU-PL-NC. A copy of the Complaint is attached hereto as
3 Exhibit "A."
4     2.   On the date of filing of the Complaint, the Court issued
5 a Notice of Case Assignment, thereby assigning the State Court
6 action to the Honorable Jacqueline M. Stern in Department N-27 of
7 the Superior Court.  A copy of the Notice of Case Assignment is
8 attached hereto as Exhibit "B."
9     3.   The nature of the action is personal injury and products
10 liability.  Plaintiff, BROCK MATHIS contends that he was injured
11 while attempting to install a 123" X 60" window manufactured by
12 Defendant, MILGARD MANUFACTURING, when the flanges of the window
13 buckled, causing the window to project outwards knocking him off of
14 a scaffolding structure and causing him to fall approximately
15 twenty (20) feet and sustain bilateral calcaneus fractures in both
16 feet and a fracture of his right ankle.  Plaintiffs seek recovery
17 of damages for: wage loss, hospital and medical expenses, general
18 damages, loss of earning capacity, and loss of consortium.
19 Plaintiffs pray for compensatory damages according to proof.

**Residence of the Parties.**

21     4.   Defendant is informed and believe that Plaintiffs, BROCK
22 MATHIS and MICHELLE MATHIS, were, and still are, residents of
23 County of San Diego, State of California.
24     5.   Defendant, MILGARD MANUFACTURING, was, at the time of the
25 filing of this action, and still is, incorporated under the laws of
26 the State of Washington and has its principal place of business in
27 the State of Washington.  A copy of the printout from the
28 Washington Secretary of State: Corporations Division is attached

- 2 -
**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)**

1 hereto as Exhibit "C."

2     6.   No other defendants have been served with the Summons and
3 Complaint and thus, there is no Joinder by other defendants to this
4 Notice of Removal.

5 **Timeliness of the Removal.**

6     7.   The first date upon which defendant, MILGARD
7 MANUFACTURING, received a copy of the Summons and Complaint was on
8 October 20, 2016, and a Notice and Acknowledgment of Receipt-Civil
9 was signed on November 7, 2016, when defendant was served with
10 said documents. A copy of the Summons and Notice and Acknowledgment
11 of Receipt-Civil from the said state court are attached hereto as
12 Exhibit "D."

13     8.   As of the date of the filing of this Notice of Removal,
14 MILGARD MANUFACTURING is aware of no other filings in the San Diego
15 County Superior Court related to this action.

16     9.   Therefore, this Notice of Removal, being filed on
17 November 29, 2016, is timely filed pursuant to 28 U.S.C. Section
18 1446(b) and California <u>Code of Civil Procedure</u> Section 415.40.

19 <center>**CONCLUSION**</center>

20 Based on the foregoing, this Court has original jurisdiction
21 under 28 U.S.C. Section 1332, and is one which may be removed to
22 this Court by defendants pursuant to the provisions of 28 U.S.C.
23 Section 1441(b) in that it is a civil action between citizens of
24 different states and the matter in controversy exceeds the sum of
25 Seventy-Five Thousand Dollars ($75,000), exclusive of interest and
26 costs. By removing this action to this Court, MILGARD MANUFACTURING
27 does not waive any defenses, objections, or motions available to
28 it under state or federal law. MILGARD MANUFACTURING expressly

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)**

reserves the right to amend or supplement this Notice of Removal.

**NOTICE TO ADVERSE PARTIES AND STATE COURT**

Pursuant to 28 U.S.C. Section 1446(d), a copy of this Notice of Removal shall be promptly served on plaintiffs' counsel of record and will be filed with the Clerk of the San Diego County Superior Court of the State of California, North County Division.

DATED: November 30, 2016     **G&P|SCHICK**

By: s/ Malcolm D. Schick
Malcolm D. Schick, Esq.
Gregory A. Feldman, Esq.
Attorneys for Defendant,
MILGARD MANUFACTURING
INCORPORATED dba MILGARD
WINDOWS AND DOORS