# Exhibit A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| MICHAEL D. PADILLA, SBN 67060<br>JEFFREY M. PADILLA, SBN 239693<br>O'MARA & PADILLA<br>320 Encinitas Blvd., Suite A<br>Encinitas, CA 92024<br>TELEPHONE NO.: 858-481-5454   FAX NO. (Optional): 858-720-9797<br>E-MAIL ADDRESS (Optional): padilla@oplawfirm.com<br>ATTORNEY FOR (Name): Plaintiffs BROCK MATHIS/MICHELLE MATHIS | FILED<br>NORTH COUNTY DIVISION<br>2016 OCT 11  A 9: 57<br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 325 South Melrose Drive
MAILING ADDRESS: Vista, CA 92081
CITY AND ZIP CODE:
BRANCH NAME: NORTH COUNTY DIVISION

PLAINTIFF: BROCK MATHIS and MICHELLE MATHIS

DEFENDANT: MILGARD MANUFACTURING, INC. dba MILGARD WINDOWS AND DOORS; and

[x] DOES 1 TO 20

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE   [ ] OTHER (specify):
   [ ] Property Damage   [ ] Wrongful Death
   [x] Personal Injury   [x] Other Damages (specify): PRODUCTS LIABILITY

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded  [ ] does not exceed $10,000
                    [ ] exceeds $10,000, but does not exceed $25,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:
37-2016-00035335-CU-PL-NC

1. **Plaintiff** (name or names): BROCK MATHIS and MICHELLE MATHIS

   alleges causes of action against **defendant** (name or names): MILGARD MANUFACTURING, INC. dba MILGARD WINDOWS AND DOORS, et al.
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: MATHIS v. MILGARD MANUF., INC., et al. | CASE NUMBER: |
|---|---|

4. [ ] Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [x] **except** defendant (name): MILGARD MANUFACTURING, INC. dba MILGARD WINDOWS AND DOORS
      (1) [ ] a business organization, form unknown
      (2) [x] a corporation
      (3) [ ] an unincorporated entity (describe):

      (4) [ ] a public entity (describe):

      (5) [ ] other (specify):

   c. [ ] **except** defendant (name):
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):

      (4) [ ] a public entity (describe):

      (5) [ ] other (specify):

   b. [x] **except** defendant (name): DOES 10 to 20
      (1) [x] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):

      (4) [ ] a public entity (describe):

      (5) [ ] other (specify):

   d. [ ] **except** defendant (name):
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):

      (4) [ ] a public entity (describe):

      (5) [ ] other (specify):

   [ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [x] Doe defendants (specify Doe numbers): 1 - 20     were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [x] Doe defendants (specify Doe numbers): 1 - 20     are persons whose capacities are unknown to plaintiff.
7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are (names):


8. This court is the proper court because
   a. [ ] at least one defendant now resides in its jurisdictional area.
   b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [x] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other (specify):


9. [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [ ] has complied with applicable claims statutes, **or**
   b. [ ] is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 2 of 3

PLD-PI-001

| SHORT TITLE: MATHIS v. MILGARD MANUF., INC., et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☒ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☒ loss of earning capacity
    g. ☒ other damage *(specify)*: Loss of Consortium as to Plaintiff MICHELLE MATHIS

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: October 6, 2016

MICHAEL D. PADILLA
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 3 of 3

PLD-PI-001(5)

| SHORT TITLE: MATHIS v. MILGARD MANUF., INC., et al. | CASE NUMBER: |
|---|---|

<u>FIRST</u> **CAUSE OF ACTION—Products Liability**     Page <u>4</u>
   (number)

ATTACHMENT TO  [x] Complaint   [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: BROCK MATHIS and MICHELLE MATHIS

Prod. L-1. On or about *(date)*: May 31, 2016    plaintiff was injured by the following product:
   Milgard Ultra Fiberglass 123" x 60" clear tampered window

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
   [x] used in the manner intended by the defendants.
   [x] used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
   [x] purchaser of the product.          [ ] user of the product.
   [ ] bystander to the use of the product.    [ ] other *(specify)*:

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L-4. [x] **Count One--Strict liability** of the following defendants who
   a. [x] manufactured or assembled the product *(names)*: MILGARD MANUFACTURING, INC. and

      [x] Does <u>1</u> to <u>5</u>
   b. [ ] designed and manufactured component parts supplied to the manufacturer *(names)*:

      [ ] Does ____ to ____
   c. [ ] sold the product to the public *(names)*:

      [ ] Does ____ to ____
Prod. L-5. [x] **Count Two--Negligence** of the following defendants who owed a duty to plaintiff *(names)*:
   MILGARD MANUFACTURING, INC. and

      [x] Does <u>1</u> to <u>5</u>
Prod. L-6. [x] **Count Three--Breach of warranty** by the following defendants *(names)*: MILGARD MANUFACTURING, INC. and

      [x] Does <u>1</u> to <u>5</u>
   a. [x] who breached an implied warranty
   b. [ ] who breached an express warranty which was
         [ ] written   [ ] oral
Prod. L-7. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
      [ ] listed in Attachment-Prod. L-7   [ ] as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Legal Solutions Plus

Code of Civil Procedure, § 425.12