# Exhibit C



# Corporations

INFORMATION CENTER   NONPROFITS   CHARITIES   AWARDS   PUBLIC NOTICES   CONTACT US   FAQ

## Corporations Division - Registration Data Search

PRINT PAGE

### MILGARD MANUFACTURING INCORPORATED

Purchase Documents for this Corporation »

| UBI Number | 278041846 |
|---|---|
| Category | REG |
| Profit/Nonprofit | Profit |
| Active/Inactive | Active |
| State Of Incorporation | WA |
| WA Filing Date | 08/03/1962 |
| Expiration Date | 08/31/2017 |
| Inactive Date | |
| Duration | |
| Registered Agent Information | |
| Agent Name | CT CORPORATION SYSTEM |
| Address | 505 UNION AVE SE STE120 |
| City | OLYMPIA |
| State | WA |
| ZIP | 985010000 |
| Special Address Information | |

| | |
|---|---|
| Address | |
| City | |
| State | |
| Zip | |

## Governing Persons

| Title | Name | Address |
|---|---|---|
| Chairman | GESSEL , GARY | 1010 54TH AVE EAST<br>FIFE , WA 98424 |
| Director,Secretary,Vice President | COLE , KENNETH | 21001 VAN BORN ROAD<br>TAYLOR , MI 48180 |
| Director,Treasurer,Vice President | SZNEWAJS , JOHN G | 21001 VAN BORN ROAD<br>TAYLOR , MI 48180 |
| Director,Vice President | LEAMAN , LAWRENCE | 21001 VAN BORN ROAD<br>TAYLOR , MI 48180 |
| Vice President | STURGIS , MARK | 1010 54TH AVENUE<br>FIFE , WA 98424 |

Purchase Documents for this Corporation »

« Return to Search List

### Disclaimer

Neither the State of Washington nor any agency, officer, or employee of the State of Washington warrants the accuracy, reliability, or timeliness of any information in the Public Access System and shall not be liable for any losses caused by such reliance on the accuracy, reliability, or timeliness of such information. While every effort is made to ensure the accuracy of this information, portions may be incorrect or not current. Any person or entity who relies on information obtained from the System does so at his or her own risk.

All documents filed with the Corporations Division are considered public record.

## Contact Us

Washington Secretary of State
Corporations Division
801 Capitol Way South
PO Box 40234
Olympia, WA 98504-0234
(360) 725-0377

Privacy Policy

## Follow Us