1  Malcolm D. Schick, Esq. - State Bar No. 118978
   T. Kelly Cox, Esq. - State Bar No. 180490
2  **G&P|SCHICK**, A Professional Corporation
   3170 Fourth Avenue, Suite 400
3  San Diego, California  92103-5850
   Tel: (619) 718-9790; Fax: (619) 718-9797
4
   Attorneys for Defendant,
5  MILGARD MANUFACTURING INCORPORATED
   dba MILGARD WINDOWS AND DOORS
6

7

8  Michael D. Padilla, Esq. - State Bar No. 67060
   Jeffrey M. Padilla, Esq. - State Bar No. 239693
9  **THE PADILLA LAW GROUP, LLC**
   320 Encinitas Boulevard, Suite A
10 Encinitas, CA 92024
   Tel: (858) 481-5454; Fax: (858) 720-9797
11
   Attorneys for Plaintiffs,
12 BROCK MATHIS and MICHELLE MATHIS

13

14              **UNITED STATES DISTRICT COURT**

15             **SOUTHERN DISTRICT OF CALIFORNIA**

16

17 BROCK MATHIS and MICHELLE    )  Case No.: 16-CV-2914 BEN (JLB)
   MATHIS,                      )
18                              )  **STIPULATION OF DISMISSAL WITH**
                                )  **PREJUDICE; [PROPOSED] ORDER**
19        Plaintiffs,           )
                                )  District Judge:  Roger T.
20 v.                           )  Benitez
                                )  Courtroom: 5A
21 MILGARD MANUFACTURING, INC.  )  Complaint filed: 10/11/16
   dba MILGARD WINDOWS AND DOORS; )  Case Removed: 11/30/16
22 and DOES 1 through 20        )  Trial: 11/06/2019
   inclusive,                   )
23                              )
        Defendants.             )
24                              )
                                )
25 ───────────────────────────  )

26      **IT IS HEREBY STIPULATED** by and between the parties to this

27 action through their designated counsel that the above-captioned

28 action be and is hereby dismissed with prejudice in its entirety,

                            - 1 -

including the Complaint, pursuant to Federal <u>Rule of Civil</u>
<u>Procedure</u> 41(a)(1)(A)(ii) and that each party shall bear its own
costs and attorney's fees.  It is hereby further stipulated that
the Court retain jurisdiction to enforce the Settlement Agreement.
The respective attorneys, by their signatures below, represent and
warrant that they have the consent of their respective clients,
have discussed this Stipulation of Dismissal with Prejudice with
them, and have authority to bind their respective clients.

DATED:  __August 5, 2019__          **THE PADILLA LAW GROUP, LLC**


                                    By: _/s/ Michael D. Padilla_____
                                        Michael D. Padilla, Esq.
                                        Attorney for Plaintiffs,
                                        BROCK MATHIS and MICHELLE
                                        MATHIS


DATED: _August 5, 2019___           **G&P|SCHICK**


                                    By: _/s/ Malcolm D. Schick_____
                                        Malcolm D. Schick, Esq.
                                        T. Kelly Cox, Esq.
                                        Attorneys for Defendant,
                                        MILGARD MANUFACTURING
                                        INCORPORATED dba MILGARD
                                        WINDOWS AND DOORS

STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

1  Malcolm D. Schick, Esq. - State Bar No. 118978
   T. Kelly Cox, Esq.. - State Bar No. 180490
2  **G&P|SCHICK**, A Professional Corporation
   3170 Fourth Avenue, Suite 400
3  San Diego, California  92103-5850
   Tel: (619) 718-9790; Fax: (619) 718-9797
4

5  Attorneys for Defendant,
   MILGARD MANUFACTURING
6  INCORPORATED dba MILGARD WINDOWS
   AND DOORS
7

8                 **UNITED STATES DISTRICT COURT**

9                **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  BROCK MATHIS and MICHELLE    ) Case No.: 16-CV-2914 BEN (JLB)
    MATHIS,                       )
12                                ) **CERTIFICATE    OF    ELECTRONIC**
         Plaintiffs,              ) **SERVICE**
13                                )
    v.                            ) Magistrate   Judge:   Jill   L.
14                                ) Burkhardt
    MILGARD MANUFACTURING, INC.   ) District   Judge:   Roger   T.
15  dba MILGARD WINDOWS AND DOORS;) Benitez
    and DOES 1 through 20         ) Courtroom: 5A
16  inclusive,                    ) Complaint filed: 10/11/16
                                  ) Case Removed: 11/30/16
17       Defendants.              ) Trial: 11/06/2019
                                  )
18  ——————————————————————————————)

19       Based  on  an  agreement  of  the  parties  to  accept  service  by

20  email or electronic transmission, I hereby certify that on August

21  5, 2019, I caused the following documents:

22       •    **STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED]**
              **ORDER.**
23
         •    **ORDER DISMISSING CIVIL ACTION.**
24

25  to be sent from email address mle@gpschicklaw.com to the persons at

26  the email addresses listed below in the Service List. I did not

27  receive,  within  a  reasonable  time  after  the  transmission,  any

28  electronic message or other indication that the transmission was

                                   - 1 -

1  unsuccessful.

2      Michael D. Padilla, Esq.
       Jeffrey M. Padilla, Esq.
3      THE PADILLA LAW GROUP, LLP
       320 Encinitas Blvd., Ste. A
4      Encinitas, CA 92024
       padilla@oplawfirm.com
5      jpadilla@oplawfirm.com
       Attorney for Plaintiffs,
6      BROCK MATHIS and MICHELLE MATHIS

7

8  DATED:  August 5, 2019

9

10                              By:
11                                  Marissa Le

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -