FILED
AUG 07 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROCK MATHIS; MICHELLE MATHIS,<br><br>Plaintiffs,<br><br>v.<br><br>MILGARD MANUFACTURING, INC.,<br><br>Defendant. | Case No.: 3:16-cv-02914-BEN-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br>**[Doc. 134]** |

Pursuant to Federal Rule 41(a)(1)(A)(ii), the parties jointly move to dismiss this action with prejudice. [Doc. 134.] The motion is **GRANTED**. This action is dismissed with prejudice with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: August 5, 2019

HON. ROGER T. BENITEZ
United States District Judge